**SEALED**

AO 442 (Rev. 11/11) Arrest Warrant

CLERK US DISTRICT COURT
NORTHERN DIST OF TX
FILED
2021 AUG 31 PM 3:38
DEPUTY CLERK _____ mb

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

United States of America
v.
**Raymond Gross (02)**

Defendant

Case No. 3:21-MJ-731-BH

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Raymond Gross,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846   Conspiracy to possess with intent to distribute a controlled substance

Date: August 5, 2021

*Issuing officer's signature*

City and state: Dallas, Texas

IRMA CARRILLO RAMIREZ, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/27/21, and the person was arrested on *(date)* 8/27/21
at *(city and state)* Dallas, TX 75242

Date: 8/27/21

*Arresting officer's signature*

Elvin Chinmo USMS DO
*Printed name and title*

USMS - WDR To Dallas From CA