**UNITED STATES DISTRICT COURT**
PROBATION AND PRETRIAL SERVICES
NORTHERN DISTRICT OF TEXAS



UNITED STATES OF AMERICA )
                           v.                       )      Case No. 3:21-CR-00500(2)
RAYMOND ALLEN GROSS    )
                                       )

## Consent to Modify Conditions of Release

I, Raymond Allen Gross, have discussed with Wayne Poton, Senior United States Probation Officer, modifications of my release conditions as follows:

(7p) The defendant must participate in one of the following location monitoring program components and abide by its requirements as the pretrial services officer or supervising officer instructs: (i) Curfew. You are restricted to your residence every day as directed by the pretrial services office or supervising officer; pay for all or part of the cost of location monitoring as determined by the Pretrial Services Officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_____     10/15/21
Raymond Allen Gross                  Date

s/Wayne Poton                       10/13/2021
U.S. Probation Officer               Date

s/Bruno Perez                        10/13/2021
Supervising U.S. Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____     10/18/21
Signature of Defense Counsel      Date

☒    The above modification of conditions of release is ordered, to be effective on    10/19/2021.

☐    The above modification of conditions of release is <u>not</u> ordered.

_____     October 19, 2021
U.S. Magistrate Judge Rebecca Rutherford    Date

Page 1 of 1