UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff, | § § § | |
| v. | § § | NO. 3:21-CR-500-B |
| RAYMOND GROSS (02)<br>    Defendant. | § § § | |

## DEFENDANT'S NOTICE OF WAIVER OF ARRAIGNMENT HEARING AND ENTRY OF PLEA OF NOT GUILTY

Comes now before this Court the defendant, Raymond Gross, by and through undersigned counsel, with this Notice of Waiver of Arraignment Hearing and Entry of Plea of Not Guilty to the Count One of the Indictment, Number 3:21-cr-500-B filed on October 5, 2021.

Rule 10(b) of the Federal Rules of Criminal Procedure provides, in pertinent part, that a defendant need not be present for the arraignment under the following conditions:

(1)   the defendant has been charged by indictment . . .
(2)   the defendant in a written waiver signed by both the defendant and defense counsel, has waived appearance and has affirmed that the defendant received a copy of the indictment or information and that the plea is not guilty; and
(3)   the court accepts the waiver.

FED. R. CRIM. P. 10(b).

On October 14, 2021, undersigned counsel spoke with Mr. Gross and reviewed in detail the Indictment that was filed on October 5, 2021. Undersigned counsel also provided Mr. Gross with a copy of the Indictment via email. The undersigned explained the charge and Mr. Gross' rights to plead guilty or not guilty to that charge. Mr. Gross was also advised that if he fully understood the charge filed against him, he could execute this waiver and waive his right to be present at the arraignment. In executing the waiver, Mr. Gross understands and requests that this Notice serve as his entry of a "not guilty" plea to the count one of the Indictment.

As evidenced by his electronic signature below, Mr. Gross has received a copy of the Indictment in case number 3:21-cr-500-B and wishes to waive his appearance at the arraignment.

Additionally, Mr. Gross enters his plea of "not guilty" to the aforementioned Indictment.

Respectfully submitted on November 12, 2021.

| | |
|---|---|
| /s/ Raymond Gross | /s/ Paul Taliaferro Lund |
| _____ | _____ |
| **RAYMOND GROSS** | Paul Taliaferro Lund |
| Defendant | Texas Bar Number 24070185 |
| | 900 Jackson Street, Suite 330 |
| | Dallas, TX 75202 |
| | 214-871-4900 |
| | Attorney for Raymond Gross |

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2021, this motion was served by electronic means on Assistant United States Attorney Lindsey Beran who is representing the Government in this matter.

/s/ Paul Taliaferro Lund

_____
Paul Taliaferro Lund
Attorney for Defendant